**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
F I L E D

MAR 0 9 2026

Nathan Ochsner, Clerk of Court

J.B. BLACK, Plaintiff
v.
CITY OF HOUSTON, et al., Defendants

Civil Action No. 4:26-CV-00039

**PLAINTIFF'S MOTION FOR RULE 16 CASE MANAGEMENT CONFERENCE AND DISCOVERY SCHEDULING**

Plaintiff J.B. Black respectfully moves the Court pursuant to Federal Rule of Civil Procedure 16 for entry of a scheduling order and for the Court to conduct a case management conference.

## I. BACKGROUND
This civil rights action arises under 42 U.S.C. §1983 and concerns the alleged unconstitutional seizure and forensic examination of Plaintiff's cellular phone by law enforcement officials. The handling and use of digital phone evidence are central issues in this case.

## II. NEED FOR CASE MANAGEMENT AND DISCOVERY SCHEDULING
A Rule 16 case management conference will assist the Court and the parties in establishing deadlines for discovery, motions, and other pretrial matters. Early scheduling will also promote efficient resolution of discovery issues relating to digital forensic evidence and chain-of-custody records.

## III. PROPOSED DISCOVERY ISSUES
Plaintiff anticipates discovery concerning:
• digital forensic extraction reports;
• chain-of-custody documentation for Plaintiff's phone;
• property room and evidence handling records;
• any search warrant or authorization relating to the phone;
• identification of officers or analysts involved in the forensic examination.

## IV. REQUEST FOR SCHEDULING ORDER
Plaintiff respectfully requests that the Court enter a scheduling order establishing deadlines for initial disclosures, written discovery, depositions, and dispositive motions so that the case may proceed efficiently toward resolution.

## V. CONCLUSION
Plaintiff respectfully requests that the Court grant this Motion and schedule a Rule 16 case

management conference and discovery schedule.

Respectfully submitted,

/s/ J.B. Black
J.B. Black
Pro Se Plaintiff
P.O. Box 90114
Houston, Texas 77290
Phone: 346-872-8427
Email: jbblackj@yahoo.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served by United States Mail, first-class postage prepaid, on counsel for Defendant Aaron Burdette at the following address:

Meagan T. Scott
Assistant District Attorney
Harris County District Attorney's Office
1310 Prairie, 5th Floor
Houston, Texas 77002

Date: 03-09-2026

/s/ J.B. Black
J.B. Black