United States Courts
Southern District of Texas
FILED

MAR 0 9 2026

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

J.B. BLACK, Plaintiff
v.
CITY OF HOUSTON, et al., Defendants

Civil Action No. 4:26-CV-00039

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits the following supplemental authorities relevant to Defendant's motion to dismiss: Buckley v. Fitzsimmons, 509 U.S. 259 (1993), holding that prosecutors are not entitled to absolute immunity when performing investigative functions normally performed by police officers. Wallace v. Kato, 549 U.S. 384 (2007), holding that Fourth Amendment unlawful search claims may proceed even where a related conviction exists. These authorities support denial of Defendant's motion to dismiss.

Respectfully submitted,

/s/ J.B. Black
J.B. Black
Pro Se Plaintiff
P.O. Box 90114
Houston, Texas 77290
Phone: 346-872-8427
Email: jbblackj@yahoo.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this filing was served by U.S. Mail on counsel for Defendant Aaron Burdette:

Meagan T. Scott
Assistant District Attorney
1310 Prairie, 5th Floor
Houston, Texas 77002

Date: ___03 -0 9 ·2025___

/s/ J.B. Black
J.B. Black

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

J.B. BLACK, Plaintiff
v.
CITY OF HOUSTON, et al., Defendants

Civil Action No. 4:26-CV-00039

**TABLE OF AUTHORITIES**

| Case | Citation |
|------|----------|
| Buckley v. Fitzsimmons | 509 U.S. 259 (1993) |
| Wallace v. Kato | 549 U.S. 384 (2007) |
| Ashcroft v. Iqbal | 556 U.S. 662 (2009) |
| Bell Atlantic Corp. v. Twombly | 550 U.S. 544 (2007) |